8/21/2019 AndyRuizjr on Twitter: "I'm not going to the UK for the rematch #issasetup..."

Case 1:19-cv-07912-RKC Document 11-9 Filed 08/26/19 Page 1 of 1



 **AndyRuizjr** 
@Andy_destroyer1

Follow

I'm not going to the UK for the rematch #issasetup

 **BoxingScene.com** @boxingscene
Dillian Whyte Tests Positive For Banned Substance dlvr.it/R91zXC

4:59 PM - 24 Jul 2019

**3,102** Retweets **13,049** Likes 

💬 1.4K  🔁 3.1K  ❤ 13K

 **Carl Hughes** @JimmyBoogaloo · Jul 24
Replying to @Andy_destroyer1
Wow.. dumbest tweet ever. You do realise You got your chance replacing a US fighter who failed a drugs test in the US for a fight taking place in the US dont you?

